UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CURTIS K. ALEXANDER and | : | CHAPTER 13 |
| GWEN ALEXANDER | : | |
| | : | |
| DEBTORS. | : | CASE NO. 08-60593-MHM |
| _____ | : | |
| | : | |
| CITIMORTGAGE, INC. | : | |
| MOVANT, | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| CURTIS K. ALEXANDER | : | |
| GWEN ALEXANDER, Debtors and | : | |
| ADAM M. GOODMAN, Trustee | : | |
| RESPONDENTS | : | |

**RESPONSE OF THE UNITED STATES TRUSTEE TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CITIMORTGAGE, INC**

Now comes the United States Trustee for Region 21, Donald F. Walton, by and through his counsel of record, and files the following in response to the Motion of CitiMortgage, Inc. for Relief from the Automatic Stay:

1.  Curtis and Gwen Alexander (the "Debtors") commenced this case by the filing of a voluntary petition for relief under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code") on January 14, 2008. The Debtors converted their case to one under Chapter 13 of the Bankruptcy Code on March 25, 2008.

2.  The Debtors' Chapter 13 Plan was confirmed by order of this Court on September 4, 2008.

3.  On February 6, 2009, CitiMortgage, Inc. ("CitiMortgage") filed its first Motion for Relief from the Automatic Stay ("First Motion for Relief"), seeking relief as to the Debtors'

residence at 1151 Kelvington Way, Southwest, Lilburn, Georgia. The First Motion for Relief alleged a three month delinquency and possessed no exhibits. On April 20, 2009, the Court entered a consent order denying the First Motion for Relief and declaring the postpetition arrearage to be $620.00 including property inspection fees of $120, filing fees of $150 and attorney's fees of $350. On January 26, 2010, CitiMortgage filed a second Motion for Relief from the Automatic Stay (the "Second Motion for Relief")

4.     The United States Trustee ("UST") has reviewed the Second Motion for Relief, asserts he has standing and seeks to be heard on this matter pursuant to 11 U.S.C. § 307.

5.     The Second Motion for Relief has, as exhibits, a note and deed to secure debt naming ABN AMRO Mortgage Group, Inc. as the lender. No assignment of the note is attached to the Second Motion for Relief and the attached note is not endorsed in blank. CitiMortgage's proof of claim contains a portion of the deed to secure debt as an attachment but no note or assignment.

6.     The Second Motion for Relief fails to state sufficient facts from which this Court can grant the requested relief. Particularly, the Second Motion for Relief fails to state any facts from which the Court can conclude that the entity seeking relief, CitiMortgage, is entitled to enforce the note and deed to secure debt, as alleged in a conclusory manner in the Second Motion for Relief.

7.     The Second Motion for Relief fails to state how CitiMortgage came to be in privity with ABN AMRO Mortgage Group, Inc., such that it can enforce the note and deed to secure debt as alleged. The motion fails to state whether CitiMortgage is an assignee of the note and deed to secure debt, and if so, when and how CitiMortgage came to be the assignee. If CitiMortgagee seeks to enforce the note and deed to secured debt as a servicer/agent of the holder of the note and deed to secure debt, CitiMortgage has failed to allege sufficient facts from which the Court can conclude that it is in fact the authorized agent of such holder and entitled to recover attorneys' fees for its

actions.

WHEREFORE, the United States Trustee prays for an order denying the Second Motion of CitiMortgage for Relief from the Automatic Stay, and for whatever other relief the Court deems just and proper under the circumstances.

Dated: November 12, 2010

DONALD F. WALTON
UNITED STATES TRUSTEE
 REGION 21

By:        /s/ Vivieon E. Kelley
Vivieon E. Kelley, Esquire
Georgia Bar No. 143033
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
404-331-4437, ext. 125
vivieon.e.kelley@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States Trustee's response to CitiMortgage, Inc. Motion for Relief from Stay was sent by First Class United States Mail to the following parties in interest:

Curtis Kendall Alexander
Gwen Alexander
1151 Kelvinton Way
Lilburn, GA 30047

Anthony B. Sandberg
The Sandberg Law Firm
International Tower - Suite 705
229 Peachtree Street, NE
Atlanta, GA 30303

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

William J. Layng, Jr.
Pendergast & Jones, PC
115 Perimeter Center, Pl, Ste 1000
Atlanta, GA 30346

Done this 12th day of November, 2010.

By:  /s/ Vivieon E. Kelley
         Vivieon E. Kelley